## McCARTHY & ASSOCIATES
Attorneys at Law
ONE HUNTINGTON QUADRANGLE
SUITE 2C18
MELVILLE, NEW YORK 11747-4412

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/19/2022

JAMES P. _____
PATRICK _____
JOHN A. CANTON
MARIANNE ARCIERI
MICHAEL D. KERN
EDWIN A. OSSA

TELEPHONE
(631) 756-2024

**MEMO ENDORSED**

April 19, 2022

**First Request to Adjourn Initial Conference Scheduled for April 21, 2022**

**VIA ECF**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Honorable Barbara C. Moses

Re: ARTURO ESTEVEZ, Individually, and on Behalf of
All Others Similarly Situated v. A2 HOSTING, INC.
**Docket No. Case 1:21-CV-09004**
Claim No. 85-00035612-01
Date of Loss: November 2, 2021

> "Absent unforeseeable emergencies, all requests for adjournment of a court conference . . . must be made at least four days in advance of the proceeding to be adjourned[.]" Moses Ind. Prac. § 2(a). Defendant fails to explain why it waited until two days before the long-scheduled April 21 conference before seeking an adjournment. Defendant also fails to explain the need for a delay of almost two months. Consequently, the April 21 conference is hereby ADJOURNED to **May 9, 2022, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. The parties' joint pre-conference statement (see Dkt. No. 13 at 1-2) shall be filed no later than **May 2, 2022**. SO ORDERED.
>
> /s/ Barbara Moses
> Barbara Moses, U.S.M.J.
> April 19, 2022

Honorable Moses:

I represent defendant, A2 Hosting, Inc., in connection with this matter.

Due to a scheduling conflict, I am respectfully seeking an adjournment of the initial in-person conference scheduled for April 21, 2022 at 11 a.m. This is the first request for an adjournment. I have spoken with counsel for plaintiff, and he has consented to my request. Two proposed alternative dates are June 13th and June 15th.

Thank you for the opportunity to address the Court in connection with this matter.

Very truly yours,

*Michael Kern*

MICHAEL D. KERN
mkern@hanover.com

MDK/ds
cc: Jarrett S. Charo *Via ECF*